**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Delphine Callegher,** | § | |
|       *Plaintiff,* | § | |
| | § | |
| ***v.*** | § | **NO. 1:25-CV-02128-ADA-SH** |
| | § | |
| **Travis County, Texas; The Honorable** | § | |
| **Randall Slagle, in his official capacity as** | § | |
| **Justice of the Peace for Precinct Two;** | § | |
| **Alejandro Muleiro; and Brian Fron,** | § | |
|       *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower regarding the merits of Plaintiff's Complaint. Dkt. 9. The report recommends that Plaintiff's case be DISMISSED WITHOUT PREJUDICE as frivolous under 28 U.S.C. § 1915(e)(2). The Report and Recommendation was filed March 26, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections to the report on March 29, 2026. Dkt. 11. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report

and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Susan Hightower, Dkt. 9, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's second Motion for Temporary Restraining Order (Dkt. 10) is **DENIED.** The Court does not find that the second Motion raises any arguments which overcome the jurisdictional deficiencies identified by Judge Hightower. Therefore, the Motion which was filed after Judge Hightower's report identified jurisdictional errors, is denied.

**IT IS FINALLY ORDERED** that Plaintiff's second Motion to Appoint Counsel, contained in the Motion for Temporary Restraining Order (Dkt. 10), is **DENIED.** The Court finds Judge Hightower's conclusion that the case is not exceptional enough to warrant counsel is correct and that the second Motion should be denied.

**IT IS SO ORDERED.**

**SIGNED** on June 1, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE